UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :
STRIKE 3 HOLDINGS, LLC,                                                 :
                                                                       :
                                    Plaintiff,                          :           25-CV-9730 (JAV)
                                                                       :
            -v-                                                         :           ORDER
                                                                       :
JOHN DOE subscriber assigned IP address                                :
71.105.225.207,                                                         :
                                                                       :
                                    Defendant.                          :
                                                                       :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated December 22, 2025, ECF No. 8, Plaintiff was required to file a status report, the contents of which are described therein, every 60 days until Defendant responds to the Complaint. To date, Plaintiff has not filed the status report that was due April 21, 2026.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 1, 2026**.

      SO ORDERED.

Dated:  April 24, 2026
      New York, New York                      _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge